PATCHEN, Appellant, v. WAEFELAER, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by Frederick M. Patchen against Louis Waefelaer. Howard R. Bayne, for appellant. Frank L. Eckerson, for respondent.

PER CURIAM. For the reasons stated in the opinion of Mr. Justice Williams in the case of Patchen v. Rofkar (decided herewith) 42 N. Y.

Supp. 35, the judgment appealed from should be reversed, with costs, and with leave to defendant to withdraw demurrer, and answer over on payment of costs in the court below and of this appeal.